*In re* WOLPIN.

This case is controlled by *In re Na Lepa, ante,* 310.

Habeas corpus to the sheriff of Wayne county. Ancillary certiorari to Honorable Joseph A. Gillis, Judge of Recorder's Court of Detroit. Submitted June 3, 1941. (Calendar No. 41,546.) Decided June 30, 1941.

Charles Wolpin was sentenced to imprisonment for contempt of court. Order set aside and petitioner discharged without prejudice.

*Charles Rubiner,* for petitioner.

*Herbert J. Rushton,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *William E. Dowling,* Prosecuting Attorney, and *Ralph E. Helper,* Assistant Prosecuting Attorney, for respondent.

Bushnell, J. Action on this petition for writ of habeas corpus is controlled by decision in *Re Na Lepa, ante,* 310.

The order issued by the judge of the recorder's court must be set aside and vacated and petitioner discharged, but without prejudice to the right of further procedure. *In re Smilay,* 235 Mich. 151, and *In re Gilliland,* 284 Mich. 604. It is so ordered. No costs.

Sharpe, C. J., and Boyles, Chandler, North, Starr, Wiest, and Butzel, JJ., concurred.